# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC | § |
| | §   Civil Action No. 4:17-CV-690 |
| v. | §   (Judge Mazzant/Judge Nowak) |
| | § |
| CLAY B. HEIBERG, ET AL. | § |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 5, 2020, the report of the Magistrate Judge (Dkt. #114) was entered containing proposed findings of fact and recommendations that Plaintiff Ocwen Loan Servicing, LLC's Motion for Attorney's Fees (Dkt. #109) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Ocwen Loan Servicing, LLC's Motion for Attorney's Fees (Dkt. #109) is hereby **GRANTED** in the amount of $23,942.50 in attorneys' fees and $779.00 in costs, which shall be recovered by Plaintiff Ocwen Loan Servicing, LLC solely as a further obligation owed under the Note and Deed of Trust.

**IT IS SO ORDERED**.
**SIGNED** this 10th day of November, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE